# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

GABRIEL HAYES,               )
                            )
    Movant,          )
                            )
v.                          )     Case No.  CV410-227
                            )               CR409-141
UNITED STATES OF AMERICA,    )
                            )
    Respondent.      )

# ORDER

Gabriel Hayes moves to vacate, set aside, or correct his federal prison sentence under 28 U.S.C. § 2255, alleging that his counsel was ineffective for disregarding his direct instruction to file an appeal on his behalf. (Doc. 1 at 4; doc. 3 at 4.) The government has provided an affidavit by Hayes's attorney, Arthur Cooper, contradicting Hayes's assertions. (Doc. 7-1.) It concedes, however, that a hearing is required on Hayes's claim. (Doc. 7 at 3.)

Under Rule 8(c) of the Rules Governing Section 2255 Proceedings, Hayes is entitled to the appointment of counsel pursuant to 18 U.S.C. § 3006A(g) to represent him at the evidentiary hearing. The Clerk is therefore **DIRECTED** to prepare the necessary paperwork for

appointment of counsel and to schedule a hearing on this matter. The parties are advised, however, that the sole issue at the hearing will be Hayes's claim that his counsel was ineffective for failing to file a direct appeal. The Court will not entertain any argument or testimony pertaining to any of Hayes's other allegations.

**SO ORDERED,** this 7Th day of July, 2011.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA