**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

**GABRIEL HAYES,**

**Plaintiff,**

**v.**                    **4:10-cv-227**

**UNITED STATES OF AMERICA,**

**Defendant.**

## ORDER

Hayes has moved for a Certificate of Appealability ("COA") and for the right to appeal *in forma pauperis* ("IFP"). *See* Docs. 26; 27. The Magistrate Judge recommended that the Court dismiss Hayes's § 2255 motion. *See* Doc. 17 at 12 (Report and Recommendation ("R&R")). The Magistrate Judge also recommended that the Court deny Hayes a COA and the ability to appeal IFP. *See id.* at 13-14. This Court adopted the R&R on October 6, 2011, and dismissed Hayes's case. *See* Doc. 23. Hayes's present motions are ***DENIED*** for the reasons set forth in the R&R. *See* Doc. 17 at 13-14.

This 20th day of December 2011.

_B. AVANT EDENFIELD, JUDGE_
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA